UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 SEP 17 PM 3:37

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Mackenzie Aircraft Parts, Inc.,<br><br>　　　　　　　Defendant. | CASE NO.<br>**11CR1622-JAH**<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_x_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal;

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

18:38 - Fraud Involving Aircraft Parts
_____

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 05/04/2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　John A. Houston
　　　　　　　　　　　　　　　　U.S. District Judge